UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

ANDRIENNA FAISON,

      Plaintiff,

v.

Case No. 19-CV-13688

HON. MARK A. GOLDSMITH

CAR DEPOT OF DETROIT, INC.,

      Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On February 11, 2020, the Court issued an order requiring Plaintiff to show cause why this matter should not be dismissed for failure to prosecute. See 2/11/2020 Order (Dkt. 5). Plaintiff has not responded to the order, and the time to do so has expired.

Accordingly, it is ordered that this case is dismissed without prejudice. See Link v. Wabash R.R. Co., 370 U.S. 626, 630-631 (1962).

SO ORDERED.

Dated: March 2, 2020                       s/Mark A. Goldsmith
     Detroit, Michigan                  MARK A. GOLDSMITH
                                                   United States District Judge